```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JULIO RAMIREZ,                      )
                                    )
          Petitioner,               )
                                    )
     v.                             )   C.A. No. 18-12452-PBS
                                    )
STEVEN W. TOMPKINS, Suffolk         )
County Sheriff, et al.,             )
                                    )
          Respondents.              )
```

**ORDER**

**November 28, 2018**

Saris, C.J.

Immigration detainee Julio Ramirez, who is confined at the South Bay House of Correction, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and an Emergency Motion for an order that he be transported to the Cambridge District Court on December 5, 2018.

Accordingly, this Court hereby orders that:

1. The Clerk of this Court shall serve a copy of the Petition and the Emergency Motion upon the Respondents and the United States Attorney for the District of Massachusetts.

2. Respondents shall, <u>no later than 1:00pm on Friday, November 30, 2018</u>, show cause why the Emergency Motion should not be granted.

3.   Respondents shall, <u>no later than Wednesday, December 12, 2018</u>, show cause why the Petition should not be granted.

4.   In order to give the Court time to consider the matter, unless otherwise ordered by the Court, Petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor.  Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P.  6(a)(2)(C).

SO ORDERED.

    /s/ Patti B. Saris\
PATTI B. SARIS\
CHIEF, U.S. DISTRICT JUDGE